UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPION MUTHLE,<br>        Plaintiff.<br><br>   v.<br><br>AMTRAK,<br>        Defendant. | Case No. 19-cv-06378-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on May 8, 2020 at 1:30 PM, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **May 22, 2020, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, via AT&T Conference Call, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conferences on May 1, 2020, and May 8, 2020, for failure to prosecute, and for failure to comply with the Court's Order of January 9, 2020, and May 1, 2020. A further case management conference is also scheduled for **May 22, 2020**, **at 2:00 p.m.**

Counsel and parties may use the following AT&T Conference Call number: 888-684-8852. Access code: 8256171#.

IT IS SO ORDERED.

Dated: May 11, 2020

JOSEPH C. SPERO
Chief Magistrate Judge